*John S. Wood, solicitor-general,* contra.

---

### 16945.   SMITH *v.* THE STATE.

BROYLES, C. J.   1. The first ground of the amendment to the motion for a new trial is too incomplete and defective to be considered by this court; and the other special ground is without merit.

2. The evidence amply authorized, if it did not demand, the defendant's conviction of the offense charged.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.   REHEARING DENIED FEBRUARY 4, 1926.

Conviction of making liquor; from Wilkes superior court—Judge Perryman.   October 5, 1925.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.